United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-16395-amc
Robert Piazza                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 1                  Date Rcvd: Feb 04, 2020
                              Form ID: pdf900             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
```
db             +Robert Piazza,    2428 Purdue Street,    Bristol, PA 19007-5708
14421652       +MIDFIRST BANK,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14442099       +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
14403773       +Nationstar/mr Cooper,    350 Highland,    Houston, TX 77009-6623
14403774       +Tbom/contfin,    Pob 8099,   Newark, DE 19714-8099
14403775       +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 05 2020 02:57:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14405192       +E-mail/Text: bankruptcy@cavps.com Feb 05 2020 02:57:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14403770       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 05 2020 03:05:46      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14403771       +E-mail/Text: cio.bncmail@irs.gov Feb 05 2020 02:56:48      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14403772       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 05 2020 03:05:45      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14414840        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14411996        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2020 03:05:47
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Robert  Piazza support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>ROBERT PIAZZA | Chapter 13 |
| Debtor | Bankruptcy No. 19-16395-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
ROBERT PIAZZA

2428 PURDUE STREET

BRISTOL, PA 19007-